# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 10/29/2019 |
| Case: 18–06244–LA13 | Form ID: pdf901 | Total: 29 |

**Recipients of Notice of Electronic Filing:**
tr          David L. Skelton
aty         Ahren A. Tiller          atiller@blc−sd.com
aty         Christopher M. McDermott          ch11ecf@aldridgepite.com
aty         Joseph Delmotte

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Andrew C. Palenscar          4641 Ramona Dr          Fallbrook, CA 92028
14524087    Citibank, N.A.          P.O. Box 688971          Des Moines, IA 50368−8971
14505748    ALDRIDGE PITE LLP          4375 Jutland Drive, Suite 200          PO Box 17933          San Diego CA 9
14511603    American Express          Box 001          Los Angeles, CA 90096−8000
14503335    Bankamerica          Po Box 982238          El Paso, TX 79998
14522286    Chase Bank USA, N.A.          c/o Robertson, Anschutz & Schneid, P.L.          6409 Congress Avenue, Suite 100          Boca Raton, FL 33487
14503336    Chase Card          Po Box 15298          Wilmington, DE 19850
14503337    CitiMortgage          P.O. Box 6006          The Lakes, NV 88901−6006
14503340    CitiMortgage          P.O. Box 6243          Sioux Falls, SD 57117
14503339    CitiMortgage          P.O. Box 689196          Des Moines, IA 50368−9196
14503338    CitiMortgage          PO BOX 9438          Gaithersburg, MD 20898
14503341    CitiMortgage          PO Box 10002          Hagerstown, MD 21742
14514995    CitiMortgage, Inc.          c/o Aldridge Pite, LLP          4375 Jutland Drive, Ste. 200          P.O. Box 17933          San Diego, CA 92177−0933
14511604    Citibank          P.O. Box 6241          Sioux Falls, SD 57117
14524157    Citibank, N.A.          P.O. Box 6030          Sioux Falls, SD 57117−6030
14503342    Clear Recon Corp          4375 Jutland Dr. #200          San Diego, CA 92117
14503343    Franchise Tax Board          PO Box 942867          Sacramento, CA 94267
14503344    Internal Revenue Service          Centralized Insolvency Oper.          PO Box 7346          Philadelphia, PA 19101−7346
14536986    Lauryn Palenscar          3404 Oak Cliff Dr #2          Fallbrook CA 92028
14522122    Lauryn Palenscar          3404 Oak Cliff Dr, Ste 2          Fallbrook, CA 92028
14505293    Nationstar Mortgage LLC d/b/a Mr. Cooper          c/o ALDRIDGE PITE, LLP          4375 Jutland Drive, Suite 200          P.O. Box 17933          San Diego, CA 92177−0933
14587727    Nationstar Mortgage LLC d/b/a Mr. Cooper as servic          c/o Kelsey Luu          THE MORTGAGE LAW FIRM, PLC          27455 Tierra Alta Way, Suite B          Temecula, CA 92590
14503345    Nationstar/mr Cooper          8950 Cypress Waters Blvd          Coppell, TX 75019
14514002    New Residential Mortgage Loan Trust 2014−1          Nationstar Mortgage LLC d/b/a Mr. Cooper          Bankruptcy Dept.          PO Box 619096          Dallas TX 75261−9741
14587731    THE MORTGAGE LAW FIRM, PLC          27455 Tierra Alta Way, Suite B          Temecula, California 92590

TOTAL: 25